**Order entered June 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00526-CR

**CLINTON EUGENE WHITFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F11-55984-J**

## ORDER

The Court **DENIES** appellant's motion to reopen appeal.

We **ORDER** the Clerk of the Court to send a copy of this order to Clinton Eugene Whitfield, TDCJ No. 1924964, Bradshaw State Jail, P.O. Box 9000, Henderson, Texas, 75653.

/s/     MOLLY FRANCIS
         JUSTICE